IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK NELLOM,** | : | **COMPLAINT** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| V. | : | |
| | : | |
| **GEORGE V. WYLESOL, CLERK, UNITED** | : | |
| **STATES EASTERN DISTRICT OF** | : | |
| **PENNSYLVANIA,** | : | |
| **PATRICIA S. DODSZUWEIT CLERK** | : | |
| **UNITED STATES COURT OF APPEALS** | : | |
| **FOR THE THIRD CIRCUIT,** | : | |
| **Respondents,** | : | Case No. _____ |

## I-PARTIES

**1.** Petitioner, Frank Nellom, denied access to the records to cases he is proceeding. Address 854 N. Marshall Place, Philadelphia, PA 19123.. Email: 1franknellom@gmail.com. Phone: 267-225-5684.

**2.** Respondent, George V. Wylesol is denying Petitioner access to case records he is. proceeding. Address: U.S. Courthouse 601 Market Street, Room 2609 Philadelphia, PA 19106. Email: ECF_documents@paed.uscourts.gov; PAED_clerksoffice@paed.uscourts.gov; PAED_recordsrequest@paed.uscourts.gov. Phone: 215-597-7704.

**3.** Respondent, Patricia S. Dodszuweit is denying Petitioner access to case records he is proceeding. Address: United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1790 via Email: emergency_motions@ca3.uscourts.gov. Phone: 267-299-4904 or 07.

## II-JURISDICTION

**4.** Miscarriage of justice of Petitioner and Judges being denied the essential necessary material information for justice to prevail. 28 U.S. Code § 1331.

## QUESTION

**I. DOES MISCARRIAGE OF JUSTICE RESULT FROM PETITIONER BEING DENIED ACCESS TO ONGOING CASE RECORDS HE IS PROSECUTING? Answer: Yes.**

## III-CLAIM

**5.** Justice was denied in Case No. 23-3215. By Petitioner being denied access to that original case record resulted in Court of Appeals Judges unknowing stating the fraud played upon it in the Order. Same in this case No. 25-3026. By Petitioner again being denied access to that record.

## IV-FACTS

**6.** Previous denial of access to the record led to the Court of Appeals publishing <u>false information in the Order</u> issued in Case No. 23-3215 (ECF 14). Filed: 06/28/2024. Noted relying on opposing counsel statement. Where the case only involves October 12, 2025 Disability Order, and June 16, 2021 Notice of Benefit payments to resume documents of record establish an open and shut case? This case No. 25-3026 appeal is about answering to correct. The attached November 20, 2025 reply to October 2, 2025 notice lack of due process. **(Exhibit A)**.

## VI-RELIEF

**7.** Correct the system to allow Petitioner to proceed with demonstrating how fraud was worked upon his Federal Court Judges. Disrespect cannot be tolerated.

**8.** I, Frank Nellom, certify subject to the penalties of perjury the above statements are true and correct to the best of my knowledge, information and belief.

Dated: <u>November 21, 2025</u>

Frank Nellom, pro se

## AFFIDAVIT OF SERVICE

    I, Frank Nellom, certify after efiling I Emailed copies of this Complaint to Judge Joshua D. Wolson: Chambers_of_Judge_Wolson@paed.uscourts.gov, and following on below date to consider:

        pacer@psc.uscourts.gov;
        ECF_documents@paed.uscourts.gov;
        PAED_clerksoffice@paed.uscourts.gov;
        PAED_recordsrequest@paed.uscourts.gov;
        emergency_motions@ca3.uscourts.gov

_____
Frank Nellom, pro se
854 N. Marshall, Place
Philadelphia, PA 19123
267-225-5684

Dated: <u>November 21, 2025</u>     1franknellom@gmail.com.

   **Frank Nellom <1franknellom@gmail.com>**

---

# NO ACCESS TO CASE NO. 25-2582     (EXHIBIT A)
4 messages

---

**Frank Nellom** <1franknellom@gmail.com>  Thu, Oct 2, 2025 at 3:05 PM
To: PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>

Dear Clerk:
I'm the counsel pro se cannot file, view or obtain compies of filings in the subject case. Can you correct this?
Best regards,
Frank Nellom

---

**PACERMAIL/SAT/AO/USCOURTS** <pacer@psc.uscourts.gov>  Tue, Oct 28, 2025 at 1:44 PM
To: Frank Nellom <1franknellom@gmail.com>

Good afternoon,

What is the account's username or 7-digit account number, please?  And which court (which district and US state) is that case filed with as well?

Thank you,

Matthew

PACER Service Center

Enterprise Operation Center
Administrative Office of the U.S. Courts

Phone: 800-676-6856

[pacer@psc.uscourts.gov](mailto:pacer@psc.uscourts.gov)

Changing the way we serve the Judiciary

---

**From:** Frank Nellom <1franknellom@gmail.com>
**Sent:** Thursday, October 2, 2025 3:06 PM
**To:** PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>
**Subject:** NO ACCESS TO CASE NO. 25-2582

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Frank Nellom** <1franknellom@gmail.com>           Tue, Oct 28, 2025 at 3:26 PM

To: PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>

Request the name of the author of this notice. Please see the attached information requested.
Respectfully yours,
Frank Nellom
[Quoted text hidden]
--
National Community Solar Partnership
Puerto Rico
267-225-5684
[ncsp.pr@gmail.com](mailto:ncsp.pr@gmail.com)

www.ncsp-puerto-rico.org

📄 **PACER_ Login.pdf**
88K

---

**PACERMAIL/SAT/AO/USCOURTS**            Thu, Nov 20, 2025 at
<pacer@psc.uscourts.gov>                                                   12:46 PM
To: Frank Nellom <1franknellom@gmail.com>

Good morning,

Thank you, I have the account, # 8521899:

Please verify:

The name on the credit card

Last 4 digits only of the credit card

The billing address associated with the CC

Credit card expiration date

Date of birth on the account?

Answers to account security questions:

        In what city or town was your first job?

What is your best friend's first name?

[Quoted text hidden]