IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK NELLOM,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:25-cv-06637-JDW |
| | : | |
| **GEORGE V. WYLESOL,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 11th day of December, 2025, upon consideration of Plaintiff Frank Nellom's Motion to Proceed *In Forma Pauperis* (ECF No. 5), it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Complaint is **DEEMED** filed and, for the reasons stated in the accompanying Memorandum, **DISMISSED WITH PREJUDICE**.

The Clerk Of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**